Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Kerry B. Brownlee (KB 0823)
kbrownlee@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff*
*Off-White LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OFF-WHITE LLC, *Plaintiff* v. GUANGZHOU KESI E-COMMERCE CO., LIMITED d/b/a WWW.YOFANA.COM; and SHENZHEN BOSIDA ELECTRONICS CO., LTD. d/b/a WWW.YOFANA.COM, *Defendants* | 23-cv-7452 (LJL) **ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER** |

WHEREAS the Court orders that the relief granted in the temporary restraining order in this Action be extended for fourteen (14) days for good cause shown.

**SO ORDERED.**

SIGNED this __11__ day of __September__, 2023, at __5:30__ p.m.
New York, New York

HON. LEWIS J. LIMAN
UNITED STATES DISTRICT JUDGE